## UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

In Re:                              )        12-13618
                                    )
   Willie & Althea Graves,          )        Chapter 13
                                    )
                    Debtor(s).      )        Judge A. Benjamin Goldgar

### NOTICE OF MOTION

*To the following persons or entities who were served electronically by the Bankruptcy Court:*

Glenn Stearns, Ch. 13 Trustee:  mcguckin_m@lisle13.com

*To the following persons or entities who were served via regular U.S. Mail:*

Gloria Tsotsos, Codilis & Associates, P.C., 15W030 North Frontage Road, Suite 100, Burr Ridge, IL 60527
Willie & Althea Graves, 521 Powell Ave., Waukegan, IL 60085

   PLEASE TAKE NOTICE that on May 19, 2017, at 9:30 AM, or as soon thereafter as counsel may be heard, I shall appear before the Honorable A. Benjamin Goldgar at the North Branch Court, 1792 Nicole Lane, Round Lake Beach, IL 60073 (or any other place posted, or before any other Judge who may be sitting in his place and stead), and present the attached **Motion to Determine Final Cure and Payment re Rule 3002.1 and to Expand Time to Allow Motion**, at which time and place you may appear.

                                            _____/s/  John J. Ellmann_____

### CERTIFICATE OF SERVICE

   The undersigned does hereby certify that copies of this Notice and attachments were served to the above persons or entities, by depositing same in the U.S. Mail at Wheeling, Illinois 60090, with proper postage prepaid, or served electronically by the Bankruptcy Court, before 5:00 p.m. on May 9, 2017.

                                            _____/s/  John J. Ellmann_____

                                            John J. Ellmann, A.R.D.C. #6257894
                                            Attorney for the Debtor(s)

DAVID M. SIEGEL & ASSOCIATES, LLC
790 Chaddick Drive
Wheeling, Il 60090
847/ 520-8100

## UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | 12-13618 |
| | ) | |
| **Willie & Althea Graves,** | ) | Chapter 13 |
| | ) | |
| Debtor(s). | ) | Judge A. Benjamin Goldgar |

## MOTION TO DETERMINE FINAL CURE AND PAYMENT RE RULE 3002.1 and MOTION TO EXPAND TIME TO ALLOW MOTION

NOW COME the Debtors, Willie and Althea Graves, by and through their attorneys, David M. Siegel and Associates, LLC, to present this Motion, and in support thereof states as follows:

1.   Jurisdiction is proper and venue is fixed in this Court with respect to these parties.

2.   On April 3, 2012, the Debtors filed a voluntary petition for relief pursuant to Chapter 13 under Title 11 USC, Glenn Stearns was appointed Trustee in this case, and the Chapter 13 plan was confirmed on June 22, 2012.

3.   The Debtors have completed their Chapter 13 plan and an Order of Discharge was issued on April 26, 2017.

4.   On April 12, 2017 Ocwen Loan Servicing, LLC filed the Response to Notice of Final Cure Payment claiming a post-petition mortgage payment default of $10,280.49.

5.   On May 9, 2017 the Debtors provided payment copies to show that the post-petition mortgage payments were almost current.

6.   The calculations by Ocwen are wrong because they show a monthly mortgage payment amount of $1,872.91 through December 1, 2016. But that amount was changed to $1,356.96 commencing with the January 1, 2016 payment per the August 5, 2015 letter from Ocwen to the

Debtors (Exhibit A) and the November 25, 2015 letter to the Debtors (Exhibit B).

WHEREFORE the Debtors pray this Honorable Court enter an order expanding time for the filing of this motion and disallowing the Response to Notice of Final Cure Payment, and for other such relief as this Court deems just and proper.

Respectfully Submitted,

_____/s/ John J. Ellmann_____

John J. Ellmann A.R.D.C. #6257894
Attorney for the Debtors

DAVID M. SIEGEL & ASSOCIATES, LLC
Attorneys for the Debtor(s)
790 Chaddick Drive
Wheeling, IL  60090
847/ 520-810

# Exhibit A



**OCWEN**

## Ocwen Loan Servicing, LLC
WWW.OCWEN.COM
*Helping Homeowners is What We Do!* ™

1661 Worthington Road, Suite 100
West Palm Beach, FL 33409
Toll Free: (800) 746 - 2936

08/05/2015

Loan Number: 705571107

Willie Graves Jr
Althea Graves
521 Powell Ave
Waukegan, IL 60085

Analysis Date: 08/04/2015

Property Address: 521 Powell Ave
Waukegan, IL 60085

## ANNUAL ESCROW ACCOUNT DISCLOSURE STATEMENT - BANKRUPTCY
## Projections for the Coming Year

Dear Borrower(s),

The enclosed update follows notice of your involvement in a bankruptcy petition, filed on 04/03/2012, under Chapter 13 of the Bankruptcy Code.

This notice relates to the post-petition escrow payments and disbursements only.

**Important Notices**
Please contact us at once if you are not the subject of a Chapter 13 proceeding or plan. If you have filed for any other bankruptcy protection or received an Order of Discharge in a Chapter 7 bankruptcy case or received any other discharge under the U.S. Bankruptcy Code that applies to this property, please be advised that this notice is for informational purposes only and not intended as an attempt to collect a debt against you personally.

### PLEASE REVIEW THIS STATEMENT CLOSELY - THE MORTGAGE PAYMENT MAY BE AFFECTED

This is a prediction of activity in the escrow account during the coming escrow year based on:
  a) Anticipated payments to be paid into the escrow account
  and
  b) Anticipated payments to be made from the escrow account

| Description of Next Disbursement | Due Date of Next Disbursement | Estimated Amount(s) of Next Disbursement |
|---|---|---|
| County Tax | May 2016 | |
| Hazard Insurance | May 2016 | $2,442.60 |
| County Tax | Aug 2016 | $2,085.00 |
| Total Annual Disbursements | | $2,442.60 |
| | | $6,970.20 |
| Target Escrow Payment | $580.85 = (1/12th of $6,970.20) | |

NMLS # 1852

BKA_SURPLUSM

*Notice Regarding Bankruptcy: Please be advised that this letter is in no way an attempt to collect either a pre-petition, post petition or discharged debt. If your bankruptcy case is still active, no action will be taken in willful violation of the Automatic Stay. If you have received an Order of Discharge in a bankruptcy case, any action taken by us is for the sole purpose of protecting our lien interest in the underlying mortgaged property and is not an attempt to recover any amounts from you personally. Finally, if you are in an active Chapter 11, 12 or 13 bankruptcy case and an Order for Relief from the Automatic Stay has not been issued, you should continue to make payments in accordance with your plan. If your loan has been paid in full or already foreclosed upon, this is not an attempt to collect any additional funds from you.*

Page 1 of 3



O C W E N

## OCWEN Loan Servicing, LLC
WWW.OCWEN.COM
*Helping Homeowners is What We Do!* ™

1661 Worthington Road, Suite 100
West Palm Beach, FL 33409
Toll Free: (800) 746 - 2936

| Starting Escrow Balance Needed as of Jan 2016 | $3,485.10 |
|---|---|

| Month | Projected Payments To Escrow | Projected Payments From Escrow | Description | Projected Ending Balance | Required Bal Projections |
|---|---|---|---|---|---|
| Beginning Balance | | | | $20,937.99 | $3,485.10 |
| Jan-2016 | $580.85 | | | $21,518.84 | $4,065.95 |
| Feb-2016 | $580.85 | | | $22,099.69 | $4,646.80 |
| Mar-2016 | $580.85 | | | $22,680.54 | $5,227.65 |
| Apr-2016 | $580.85 | | | $23,261.39 | $5,808.50 |
| May-2016 | $580.85 | $2,442.60 | County Tax | $21,399.64 | $3,946.75 |
| | | | (PARCEL # 0828119008) | | |
| | | $2,085.00 | Hazard Insurance | $19,314.64 | $1,861.75 |
| | | | (POLICY # OZ3864614) | | |
| Jun-2016 | $580.85 | | | $19,895.49 | $2,442.60 |
| Jul-2016 | $580.85 | | | $20,476.34 | $3,023.45 |
| Aug-2016 | $580.85 | $2,442.60 | County Tax | $18,614.59*** | $1,161.70(Cushion) |
| | | | (PARCEL # 0828119008) | | |
| Sep-2016 | $580.85 | | | $19,195.44 | $1,742.55 |
| Oct-2016 | $580.85 | | | $19,776.29 | $2,323.40 |
| Nov-2016 | $580.85 | | | $20,357.14 | $2,904.25 |
| Dec-2016 | $580.85 | | | $20,937.99 | $3,485.10 |
| TOTALS= | $6,970.20 | $6,970.20 | | | |

**Escrow cushion and potential escrow shortage**

In the event there is a tax and/or insurance increase over the coming escrow year, Federal law (RESPA) allows additional funds to be held to prevent the escrow account from being overdrawn.

This additional amount, which is called a cushion, may be up to 1/6th of the total payments estimated to be made from the escrow account for the coming escrow year.

To avoid a shortage, the escrow balance should not fall below the cushion amount at any time during the coming escrow year.

## Escrow Account Projections

**Total Anticipated Payments.** The anticipated payments from escrow for the coming year total $6,970.20.

NMLS # 1852

BKA_SURPLUSM

*Notice Regarding Bankruptcy: Please be advised that this letter is in no way an attempt to collect either a pre-petition, post petition or discharged debt. If your bankruptcy case is still active, no action will be taken in willful violation of the Automatic Stay. If you have received an Order of Discharge in a bankruptcy case, any action taken by us is for the sole purpose of protecting our lien interest in the underlying mortgaged property and is not an attempt to recover any amounts from you personally. Finally, if you are in an active Chapter 11, 12 or 13 bankruptcy case and an Order for Relief from the Automatic Stay has not been issued, you should continue to make payments in accordance with your plan. If your loan has been paid in full or already foreclosed upon, this is not an attempt to collect any additional funds from you.*



**Ocwen Loan Servicing, LLC**
WWW.OCWEN.COM
*Helping Homeowners is What We Do!* ™

1661 Worthington Road, Suite 100
West Palm Beach, FL 33409
Toll Free: (800) 746 - 2936

---

**Required Escrow Cushion/Minimum Balance.** The required cushion amount is $1,161.70 (1/6 of $6,970.20).

Expected Balance Deficiency - According to the last month of the account history, the expected escrow balance is $20,937.99, so there is an escrow balance surplus of $17,452.89 (this balance equals the total amount paid into escrow minus the total amount of money to be paid out this year). We will send you a check for the remaining surplus balance within 30 days. However, if your account is not contractually current as of the analysis date, the escrow funds will remain in the escrow account.

the first monthly mortgage payment for the coming escrow year, beginning with the payment due on 01/01/2016 will be $1,356.96 of which $776.11 will be for principal and interest and $580.85 will go into the escrow account.

If you have any questions in this regard, please do not hesitate to contact us. Our hours of operation are Monday through Friday 8:00 am to 9:00 pm, Saturday 8:00 am to 5:00 pm and Sunday 9:00 am to 9:00 pm ET.

Sincerely,
Ocwen Loan Servicing, LLC

SAVE

---

NMLS # 1852

BKA_SURPLUSM

*Notice Regarding Bankruptcy: Please be advised that this letter is in no way an attempt to collect either a pre-petition, post petition or discharged debt. If your bankruptcy case is still active, no action will be taken in willful violation of the Automatic Stay. If you have received an Order of Discharge in a bankruptcy case, any action taken by us is for the sole purpose of protecting our lien interest in the underlying mortgaged property and is not an attempt to recover any amounts from you personally. Finally, if you are in an active Chapter 11, 12 or 13 bankruptcy case and an Order for Relief from the Automatic Stay has not been issued, you should continue to make payments in accordance with your plan. If your loan has been paid in full or already foreclosed upon, this is not an attempt to collect any additional funds from you.*

Page 3 of 3

# Exhibit B



**O C W E N**

Ocwen Loan Servicing, LLC
WWW.OCWEN.COM
*Helping Homeowners is What We Do!* ™

1661 Worthington Road, Ste. 100
West Palm Beach, FL 33409
Toll Free: (800) 746-2936

11/25/2015

Loan Number: 705571107
Case Number - 12-13618



Willie Graves Jr
Althea Graves
521 Powell Ave
Waukegan, IL 60085

Property Address:
521 Powell Ave
Waukegan, IL 60085

## Changes to Mortgage Interest Rate and Payment on 2/1/2016

Under the terms of the Adjustable-Rate Mortgage (ARM), there is a 6 month period during which the interest rate stayed the same. That period ends on 1/1/2016, so on that date the interest rate may change. After that, the interest rate may change every 6 month(s) for the rest of the loan term. Any change in the interest rate may also change the mortgage payment.

|  | Current Rate and monthly Payment | New Rate and monthly Payment |
|---|---|---|
| Interest Rate | 6.15000% | 6.15000% |
| Escrow (Taxes and Insurance) | $580.85 | $580.85 |
| Total monthly Payment | $1,356.96 | $1,356.96 (due 2/1/2016) |

**Interest Rate:** We calculated the interest rate by taking a published "index rate" and adding a certain number of percentage points, called the "margin". Under the loan agreement, the index rate is   0.60270% and the margin is   4.00000%. The 6 Month LIBOR is published Daily in Wall Street Journal. The calculated amount is rounded by  0.12500%.

**Rate Limit(s):** The rate cannot go higher than   12.15000%, or lower than   6.15000% over the life of the loan. The rate can change each time by no more than   1.00000%.

**New Interest Rate and Monthly Payment:** The table above shows the new interest rate and new monthly payment. These amounts are based on the 6 Month LIBOR as of now, the margin  4.00000%, to the index, the loan balance of  $105,649.60, and the remaining loan term of 234 months.

705571107

*ARMBK_v2.2*

Notice Regarding Bankruptcy:  Please be advised that this letter is in no way an attempt to collect either a pre-petition, post petition or discharged debt.  If your bankruptcy case is still active, no action will be taken in willful violation of the Automatic Stay.  If you have received an Order of Discharge in a bankruptcy case, any action taken by us is for the sole purpose of protecting our lien interest in the underlying mortgaged property and is not an attempt to recover any amounts from you personally.  Finally, if you are in an active Chapter 11, 12 or 13 bankruptcy case and an Order for Relief from the Automatic Stay has not been issued, you should continue to make payments in accordance with your plan. If your loan has been paid in full or already foreclosed upon, this is not an attempt to collect any additional funds from you.

NMLS # 1852



**Ocwen Loan Servicing, LLC**
WWW.OCWEN.COM
*Helping Homeowners is What We Do!* ™

1661 Worthington Road, Ste. 100
West Palm Beach, FL 33409
Toll Free: (800) 746-2936



**Prepayment Penalty:** None

You should be aware that your overall monthly payment could change on a separate date as a result of any increases or decreases in real estate taxes and/or insurance. We apologize for any inconvenience this might have caused. If you have any questions relating to this notice, please contact our Customer Care Center at (800) 746-2936 Monday to Friday 8:00 am to 9:00 pm, Saturday 8:00 am to 5:00 pm and Sunday 9:00 am to 9:00 pm ET.

Sincerely,

Customer Care Center

705571107

*ARMBK_v2.2*

Notice Regarding Bankruptcy: Please be advised that this letter is in no way an attempt to collect either a pre-petition, post petition or discharged debt. If your bankruptcy case is still active, no action will be taken in willful violation of the Automatic Stay. If you have received an Order of Discharge in a bankruptcy case, any action taken by us is for the sole purpose of protecting our lien interest in the underlying mortgaged property and is not an attempt to recover any amounts from you personally. Finally, if you are in an active Chapter 11, 12 or 13 bankruptcy case and an Order for Relief from the Automatic Stay has not been issued, you should continue to make payments in accordance with your plan. If your loan has been paid in full or already foreclosed upon, this is not an attempt to collect any additional funds from you.