# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | 12-13618 |
| | ) | |
| Willie & Althea Graves, | ) | Chapter 13 |
| | ) | |
| Debtor(s). | ) | Judge A. Benjamin Goldgar |

## NOTICE AND WITHDRAWAL OF MOTION

*To the following persons or entities who were served electronically by the Bankruptcy Court:*

Glenn Stearns, Ch. 13 Trustee:  mcguckin_m@lisle13.com

*To the following persons or entities who were served via regular U.S. Mail:*

Gloria Tsotsos, Codilis & Associates, P.C., 15W030 North Frontage Road, Suite 100, Burr Ridge, IL  60527
Willie & Althea Graves, 521 Powell Ave., Waukegan, IL  60085

---

**The Debtor's "Motion to Determine Final Cure and Payment re Rule 3002.1 and to Expand Time to Allow Motion," Docket item number 40, is hereby withdrawn.**

---

/s/  John J. Ellmann

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that copies of this Notice and attachments were served to the above persons or entities, by depositing same in the U.S. Mail at Wheeling, Illinois 60090, with proper postage prepaid, or served electronically by the Bankruptcy Court, before 5:00 p.m. on May 20, 2017.

/s/  John J. Ellmann

John J. Ellmann, A.R.D.C. #6257894
Attorney for the Debtor(s)

DAVID M. SIEGEL & ASSOCIATES, LLC
790 Chaddick Drive
Wheeling, Il  60090
847/ 520-8100